B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

In re: Vantilburg Greene and Hortense Madison Greene

Case No. 21-71647-SCS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HEADLANDS RESIDENTIAL 2021-1-RPL 1 OWNER TRUST | NWL Company, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI Financial Services
1425 Greenway Drive, #400
Irving TX 75038

Court Claim # (if known): 13-1
Amount of Claim: $243,106.55
Date Claim Filed: October 13, 2021

Phone: 800-327-7861
Last Four Digits of Acct #: 4063

Phone: 312-291-3781
Last Four Digits of Acct #: 4566

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services
314 S. Franklin Street, P.O. Box 517
Titusville PA 16354

Phone: 800-327-7861
Last Four Digits of Acct #: 4063

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Todd Rich    Date: February 3, 2022

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.